NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MANCY N. THOMPSON, JR.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5057

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-264, Judge Lawrence J. Block.

---

## ON MOTION

---

## ORDER

The United States moves for leave to accept its informal brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

For The Court

FEB 0 7 2012
———————————
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Mancy N. Thompson, Jr.
     Renee Gerber, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 7 2012

JAN HORBALY
CLERK